STATE, Respondent, v. RUMPEL, et al, Appellants.

(264 N. W. 820.)

(File No. 7842. Opinion filed February 7, 1936.)

*Leo M. Fitzpatrick,* of Sioux Falls, for Appellants.

*Louis N. Crill,* State's Attorney, of Sioux Falls, for Respondent.

PER CURIAM. On the 21st day of May, 1935, a certified copy of the notice of appeal, and of the undertaking on appeal, were filed in the office of the clerk of this court. Since said date no brief or other paper of any kind has been filed herein; nor have any other steps in the prosecution of said appeal been taken; therefore, said appeal is deemed to have been abandoned, and the order herein appealed from is affirmed.

All Judges concurring.